170 A.3d 955

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. RENAN-DO SHEFFIELD, A/K/A RENANDO SHEFIELD, RENALDO SCHEFFIELD, DEFENDANT–PETITIONER. STATE OF NEW JERSEY, PLAINTIFF, v. JARRELL BORDEAUX, A/K/A JER-RELL BORDEAUX, DEFENDANT. STATE OF NEW JERSEY, PLAINTIFF, v. MARC RAINEY, A/K/A MARC MCCULLUM, DE-FENDANT.

September 28, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–1478/3626/5242–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

170 A.3d 955

STATE OF NEW JERSEY, PLAINTIFF, v. RENANDO SHEFFIELD, A/K/A RENANDO SHEFIELD, RENALDO SCHEFFIELD, DE-FENDANT. STATE OF NEW JERSEY, PLAINTIFF–RESPON-DENT, v. JARRELL BORDEAUX, A/K/A JERRELL BORDEAUX, DEFENDANT–PETITIONER. STATE OF NEW JERSEY, PLAINTIFF, v. MARC RAINEY, A/K/A MARC MCCULLUM, DE-FENDANT.

September 28, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–1478/3626/5242–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

170 A.3d 956

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMA-
NENCY, PLAINTIFF–RESPONDENT, v. T.D.E., DEFENDANT–
PETITIONER, AND C.C.E., SR., DEFENDANT. IN THE MAT-
TER OF THE GUARDIANSHIP OF C.C.–B.E. JR., C.A.E. AND
C.G.E., MINORS–RESPONDENTS.

September 28, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–296/297–15
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied.